IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| HARMONY BIOSCIENCES MANAGEMENT, INC. and NOVITIUM PHARMA LLC, | ) | |
| Plaintiffs, | ) | |
| v. | ) | C.A. No. 26-1191 (JLH) |
| AET PHARMA US, INC., AET LABORATORIES PRIVATE LIMITED, ALFRED E. TIEFENBACHER (GMBH & CO. KG), SANDOZ INC., and SANDOZ AG, | ) | |
| Defendants. | ) | |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiffs Harmony Biosciences Management, Inc. and Novitium Pharma LLC hereby voluntarily dismiss this action without prejudice.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jeremy A. Tigan*

Jeremy A. Tigan (#5239)
Megan E. Dellinger (#5739)
Anthony D. Raucci (#5948)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jtigan@morrisnichols.com
mdellinger@morrisnichols.com
araucci@morrisnichols.com

*Attorneys for Harmony Biosciences Management, Inc.*

OF COUNSEL:

Alexander B. Spiro
Matthew A. Traupman
Laura L. Fairneny
Nicola R. Felice
Shira M. Bergman
Abigail M. Graegin
Elliot Choi
QUINN EMANUEL URQUHART & SULLIVAN LLP
295 Fifth Avenue
New York, NY 10016
(212) 849-7000

John Yang
QUINN EMANUEL URQUHART
& SULLIVAN LLP
3100 McKinnon Street, Suite 1125
Dallas, TX 75201
(469) 902-3600

Christopher N. Sipes
Brianne (Bharkhda) Sullivan
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street NW
Washington, DC 20001
(202) 662-6000

Alexa Hansen
COVINGTON & BURLING LLP
Salesforce Tower
415 Mission Street, Suite 5400
San Francisco, CA 94105
(415) 591-6000

October 26, 2026

SHAW KELLER LLP

*/s/ Nathan R. Hoeschen*

Karen E. Keller (# 4489)
Nathan R. Hoeschen (#6232)
Emily S. DiBenedetto (#6779)
I.M. Pei Building
1105 N. Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
kkeller@shawkeller.com
nhoeschen@shawkeller.com
edibenedetto@shawkeller.com

*Attorneys for Plaintiff Novitium Pharma LLC*

OF COUNSEL:

Nicholas K. Mitrokostas
Shaobo Zhu
WHITE & CASE LLP
75 State Street
Boston, MA 02109
(617) 979-9300

Michelle Bone
WHITE & CASE LLP
701 Thirteenth Street, NW
Washington, DC 20005
(202) 626-3600

October 26, 2026